IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BRIAN SLOVER, | CASE NO. 1:09CV1145 |
| Plaintiff, | JUDGE CHRISTOPHER A. BOYKO |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| CITIBANK (SOUTH DAKOTA), N.A., | |
| Defendant. | |

Plaintiff Brian Slover, in pro per, and defendant Citibank (South Dakota), N.A ("Citibank"), by and through its counsel of record in this action, hereby stipulate to dismiss this action with prejudice pursuant to Federal Rule of Procedure 41(a)(1), with each party to bear their own costs.

IT IS STIPULATED.

Dated: 6-6-09

By: Brian Slover
Brian Slover
Plaintiff, In Pro Per

Dated: _____

By: /s/ Christine M. Garritano

Christine M. Garritano (0078423)
cgarritano@ralaw.com
Roetzel & Andress, LPA
*Attorneys for Defendant Citibank (South Dakota) N.A.*

- 1 -